| | |
|---|---|
| 1 | RHETT O. MILLSAPS II (*pro hac vice pending*) |
| | rhett@rhettmillsaps.com |
| 2 | LAW OFFICE OF RHETT O. MILLSAPS II |
| | 745 Fifth Avenue, Suite 500 |
| 3 | New York, NY 10151 |
| | Telephone: (646) 535-1137 |
| 4 | Facsimile:  (646) 355-2816 |
| | |
| 5 | JEFFREY E. OSTROW (SBN 213118) |
| | jostrow@stblaw.com |
| 6 | SIMPSON THACHER & BARTLETT LLP |
| | 2475 Hanover Street |
| 7 | Palo Alto, CA 94304 |
| | Telephone: (650) 251-5000 |
| 8 | Facsimile: (650) 251-5002 |
| | |
| 9 | CHRISTOPHER J. SPRIGMAN (*pro hac vice pending*) |
| | christopher.sprigman@stblaw.com |
| 10 | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| 11 | New York, NY 10017 |
| | Telephone: (212) 455-2000 |
| 12 | Facsimile: (212) 455-2502 |
| 13 | |
| 14 | Attorneys for Plaintiff Great Minds |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREAT MINDS, | Case No. 2:17-cv-07435 |
| Plaintiff, | |
| vs. | **PLAINTIFF GREAT MINDS'** |
| OFFICE DEPOT, INC., | **NOTICE OF INTERESTED PARTIES** |
| Defendant. | |

Notice of Interested Parties

# NOTICE OF INTERESTED PARTIES

The undersigned, counsel of record for Plaintiff Great Minds, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Great Minds | Plaintiff |
| Office Depot, Inc. | Defendant |

Dated: October 11, 2017

SIMPSON THACHER & BARTLETT LLP

By  /s/ *Jeffrey E. Ostrow*
     JEFFREY E. OSTROW

Attorneys for Plaintiff Great Minds