| | |
|---|---|
| 1 | RHETT O. MILLSAPS II (*pro hac vice pending*) |
| 2 | rhett@rhettmillsaps.com<br>LAW OFFICE OF RHETT O. MILLSAPS II |
| 3 | 745 Fifth Avenue, Suite 500<br>New York, NY 10151 |
| 4 | Telephone: (646) 535-1137<br>Facsimile:  (646) 355-2816 |
| 5 | JEFFREY E. OSTROW (SBN 213118) |
| 6 | jostrow@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 7 | 2475 Hanover Street<br>Palo Alto, CA 94304 |
| 8 | Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002 |
| 9 | CHRISTOPHER J. SPRIGMAN (*pro hac vice pending*) |
| 10 | christopher.sprigman@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP |
| 11 | 425 Lexington Avenue<br>New York, NY 10017 |
| 12 | Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502 |
| 13 | Attorneys for Plaintiff Great Minds |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREAT MINDS,<br><br>          Plaintiff,<br><br>     vs.<br><br>OFFICE DEPOT, INC.,<br><br>          Defendant. | Case No. 2:17-cv-07435<br><br>**PLAINTIFF GREAT MINDS' CORPORATE DISCLOSURE STATEMENT** |

Corporate Disclosure Statement

# **CORPORATE DISCLOSURE STATEMENT**

  Plaintiff Great Minds, by and through its undersigned counsel, certifies that it has no parent corporation and is a non-profit organization that does not issue stock.

Dated: October 11, 2017

             SIMPSON THACHER & BARTLETT LLP

             By  /s/ *Jeffrey E. Ostrow*
                JEFFREY E. OSTROW

             Attorneys for Plaintiff Great Minds