RHETT O. MILLSAPS II (*pro hac vice pending*)
rhett@rhettmillsaps.com
LAW OFFICE OF RHETT O. MILLSAPS II
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 535-1137
Facsimile:  (646) 355-2816

JEFFREY E. OSTROW (SBN 213118)
jostrow@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

CHRISTOPHER J. SPRIGMAN (*pro hac vice pending*)
christopher.sprigman@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Plaintiff Great Minds

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT MINDS,<br><br>    Plaintiff,<br><br>    vs.<br><br>OFFICE DEPOT, INC.,<br><br>    Defendant. | Case No. 2:17-cv-07435 JFW (Ex)<br><br>**Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing**<br><br>Hon. John F. Walter<br>Courtroom:  7A – 1st Street<br><br>Action Filed:  October 11, 2017<br>Trial Date:     To be determined |

# DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING

I, Rhett O. Millsaps II, state and declare as follows:

1. I am a member of the bar of the State of New York, and I am admitted *pro hac vice* to practice before this Court. I am the owner of the Law Office of Rhett O. Millsaps II, counsel for plaintiff Great Minds. I have personal knowledge of the following facts, and, if called to testify, I could and would testify competently thereto.

2. This "Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing" is filed pursuant to and in compliance with this Court's "STANDING ORDER," Section 3(a) (Dkt. No. 16).

3. I am lead trial counsel on behalf of plaintiff Great Minds in this matter.

4. I am a registered ECF User for the Central District of California and my e-mail address of record is rhett@rhettmillsaps.com. I have consented to service and receipt of filed documents by electronic means.

Executed this 19th day of October, 2017, at New York, New York.

_____
Rhett O. Millsaps II

- 1 -
Declaration of Lead Trial Counsel re: Compliance with Local Rules Governing Electronic Filing