Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Irina V. Lyapis (SBN: 298723)
ilyapis@winston.com
**WINSTON & STRAWN LLP**
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel:   (415) 591-1000
Fax:   (415) 591-1400

Diana Hughes Leiden (SBN: 267606)
dhleiden@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543
Tel:   (213) 615-1700
Fax:   (213) 615-1750

*Attorneys for Defendant*
OFFICE DEPOT, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREAT MINDS,<br><br>          Plaintiff,<br><br>     v.<br><br>OFFICE DEPOT, INC.,<br><br>          Defendant. | Case No. 2:17-cv-07435-JFW (Ex)<br><br>**JOINT STATEMENT RE: MEET AND CONFER PURSUANT TO LOCAL RULE 7-3** |

Pursuant to Section 5(b) of the Court's Standing Order, the parties hereby jointly submit the following statement detailing their conference held pursuant to Local Rule 7-3 in advance of Defendant Office Depot, Inc.'s motion to dismiss the copyright claim set forth in Plaintiff Great Minds' Complaint.

The conference took place on November 28, 2017 at 3PM by telephone.[1] Jennifer A. Golinveaux (lead counsel) and Diana Hughes Leiden attended on behalf of Office Depot, and Rhett O. Millsaps II (lead counsel) and Christopher Jon Sprigman attended on behalf of Great Minds. The conference lasted approximately 15 minutes.

Prior to the conference, counsel for Office Depot emailed counsel for Great Minds, indicating that Office Depot planned to move to dismiss Great Minds' claim for copyright infringement, which alleges that Office Depot infringes Great Minds' copyrights in its Eureka Math program by commercially reproducing Eureka Math for school and school district licensees, and by "actively soliciting customers for commercial reproduction of Eureka Math." Complaint, ¶ 35. Office Depot's counsel explained that Office Depot would move to dismiss that claim on the grounds that Office Depot's conduct was permitted under the relevant Creative Commons license, and that, therefore, Great Minds' infringement claim should be dismissed on the same grounds as set forth in the dismissal order in *Great Minds v. FedEx Office & Print Servs., Inc.*, Case No. 16-CV-1462 (DRH) (ARL), 2017 WL 744574 (E.D.N.Y. Feb. 24, 2017) (dismissing Great Minds' copyright infringement claim against FedEx that was predicated on allegations that FedEx infringed by making copies of Great Minds' educational materials on behalf of schools and school districts who were licensees under the same Creative Commons public license that is at issue in this case).

During the conference, Office Depot's counsel further discussed the grounds for Office Depot's motion to dismiss, stating that it is Office Depot's position that, as

---

[1] Because Office Depot's response to the Complaint is due on December 6, 2017, *see* ECF No. 21, this conference occurred more than seven days prior to filing the motion pursuant to Local Rule 7-3.

determined by the court in the *FedEx* case, licensee schools and school districts are permitted to use third party commercial copying services like Office Depot to make copies of Great Minds' educational materials pursuant to the terms of the Creative Commons public license, and that Great Minds' allegations that Office Depot solicited business from schools and school districts fail to state a claim because any such solicitation of business does not constitute copyright infringement. In response, Great Minds' counsel stated their position that the Creative Commons public license does not permit commercial printers, such as Office Depot, to copy the Eureka Math materials for profit and that, therefore, Office Depot's conduct constitutes copyright infringement, as argued in Great Minds' briefs submitted to the Second Circuit in its appeal of the *FedEx* decision. Great Minds' counsel stated further that Great Minds' allegation that Office Depot actively solicited customers using Eureka Math for Office Depot's copy services distinguished this case from the *FedEx* case, as the *FedEx* case does not contain allegations of commercial solicitation, and the decision in that case currently on appeal in the Second Circuit addressed only copying of Eureka Math materials made at the request of school customers.

    The parties determined that they could not resolve these differences in their positions, and Ms. Golinveaux stated that Office Depot would move forward in filing its motion to dismiss.

DATED: December 1, 2017        WINSTON & STRAWN LLP

By: */s/ Jennifer A. Golinveaux*
    Jennifer A. Golinveaux
    Diana Hughes Leiden
    Irina V. Lyapis

*Attorneys for Defendant*
OFFICE DEPOT, INC.

1  DATED: December 1, 2017          LAW OFFICE OF RHETT O. MILLSAPS II

                              By:  /s/ *Rhett O. Millsaps II*
                                   Rhett O. Millsaps II (*pro hac vice*)

                              *Attorneys for Plaintiff*
                              GREAT MINDS

   I, Diana Hughes Leiden, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                    */s/ Diana Hughes Leiden*
                                    Diana Hughes Leiden