**JS-6**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT MINDS,<br><br>           Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC.,<br><br>           Defendant. | Case No. 2:17-cv-07435 JFW (Ex)<br><br>**JUDGMENT**<br><br>Hon. John F. Walter<br>Courtroom: 7A – 1st Street<br><br>Action Filed: October 11, 2017<br>Trial Date:    October 30, 2018 |

# JUDGMENT

Plaintiff Great Minds having brought this action against defendant Office Depot, Inc. ("Office Depot") alleging claims of copyright infringement and breach of contract, and whereas Office Depot having moved to dismiss Great Minds' claim for copyright infringement under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, and the matter having come before the Honorable John. F. Walter, United States District Judge, and the Court, on January 18, 2018, having issued its Order granting Office Depot's motion to dismiss Great Minds' claim for copyright infringement with prejudice, and the Court, on February 12, 2018, having issued an Order granting Great Minds' consent motion to dismiss its remaining claim for breach of contract without prejudice, it is,

**ORDERED, ADJUGED, AND DECREED:** That for the reasons stated in the Court's Order dated January 18, 2018, Office Depot's motion to dismiss Great Minds' claim for copyright infringement is granted with prejudice, and as stated in the Court's Order dated February 12, 2018, Great Minds' remaining claim for breach of contract is dismissed without prejudice; accordingly, the case is closed.

Dated: February 20, 2018

HONORABLE JOHN F. WALTER
U.S. DISTRICT JUDGE