# AFFIDAVIT OF LYNNE MUNSON

Lynne Munson, being duly sworn, deposes and states:

1. I am the Founder, President, and Chief Executive Officer of Great Minds.

2. Great Minds (then named Common Core, Inc.) won three contracts with the State of New York in connection with Great Minds' creation of its engageNY and *Eureka Math* comprehensive math curriculum for grades PreK-12 ("Eureka Math"). The contracts resulted from Great Minds' responses to three different Requests for Proposals (each, an "RFP") from the New York State Education Department ("NYSED"). All of those RFPs and corresponding contracts required that Great Minds license Eureka Math under a *noncommercial* Creative Commons license.

3. Before Great Minds responded to the NYSED's RFPs, we analyzed the "Creative Commons Attribution – Non Commercial – Share Alike 4.0 International Public License" (the "Public License") and reasonably understood that license – based on its strict noncommercial limitation and express reservation of all commercial rights, its "downstream recipients" language and related provisions, and other users' interpretation of its operation and restrictions – to reserve to Great Minds the right to control, and to collect royalties for, *all* commercial reproduction and distribution *by anyone*, including commercial

printers like FedEx and Office Depot. Great Minds would not have submitted proposals in response to the NYSED's RFPs, or agreed to use the Public License, if Great Minds had understood the license terms to allow anyone to commercially reproduce and distribute *Eureka Math* as the "agent" or "delegate" of noncommercial users.

4. Great Minds agreed to use the Public License for a simple reason: Great Minds wanted to give schools, teachers, parents, and students the right to reproduce, modify, and distribute its Eureka Math curriculum freely under certain conditions, which include the strict noncommercial use limitation. But Great Minds did not want for-profit business entities commercially reproducing Eureka Math for profit, and Great Minds reasonably read the Creative Commons noncommercial Public License to expressly reserve that right to Great Minds. Great Minds understood the plain terms of the Public License to strike a balance between reserving to Great Minds the right to generate revenues from commercial reproduction and distribution of Eureka Math – which Great Minds relies on to fund its operations, including the creation of new, groundbreaking curricula and the improvement and implementation of existing curricula – and granting to the public the ability to download and make free *noncommercial* uses of Eureka Math.

5. Indeed, revenues from sales of Eureka Math have primarily funded the costs of Great Minds' creation of a new, groundbreaking, comprehensive

science curriculum for grades 3-5, including pilots with schools across the country and reviews by the states of California and Louisiana. Louisiana already has rated Great Minds' new science materials Tier 1, Louisiana's highest rating. In the first four months of 2018, Great Minds spent approximately $145,000 on professional fees and printing as part of the development and launch of Great Minds' new grade 4 science module.

6. Accordingly, an award of the attorneys' fees and costs sought by Office Depot, Inc. would be a substantial detriment to Great Minds' operations.

7. I declare under penalty of perjury that the foregoing is true and correct.

_____
Lynne Munson

District of Columbia    )
                        ) ss.:

On the 14th day of May, 2018, before me, the undersigned, a Notary Public in and for the District of Columbia, personally appeared LYNNE MUNSON, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her individual capacity, and that by her signature on the instrument, the individual, or the person upon behalf of whom the individual acted, executed the instrument.



_____
Notary Public

ALYSON BURGESS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 30, 2020

3