CHRISTOPHER J. SPRIGMAN (*pro hac vice*)
christopher.sprigman@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

JEFFREY E. OSTROW (SBN 213118)
jostrow@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

RHETT O. MILLSAPS II (*pro hac vice*)
rhett@rhettmillsaps.com
LAW OFFICE OF RHETT O. MILLSAPS II
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (646) 535-1137
Facsimile: (646) 355-2816

*Attorneys for Plaintiff Great Minds*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREAT MINDS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OFFICE DEPOT, INC.,<br><br>　　　　　Defendant. | Case No. 2:17-cv-07435 JFW (Ex)<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

1 **PLEASE TAKE NOTICE** that Great Minds, plaintiff in the above-named
2 case, hereby appeals to the United States Court of Appeals for the Ninth Circuit
3 from the Order entered in this action on June 8, 2018, resulting from the Court's
4 May 30, 2018 Order Granting Defendant Office Depot, Inc.'s Motion for Attorneys'
5 Fees and Costs Pursuant to 17 U.S.C. § 505.

6 Dated:  July 6, 2018                    Respectfully submitted,

7                                                      SIMPSON THACHER & BARTLETT LLP

9                                                      By  */s/ Christopher J. Sprigman*
10                                                         Christopher J. Sprigman (*pro hac vice*)
                                                           Jeffrey E. Ostrow (SBN 213118)

11                                                   LAW OFFICE OF RHETT O. MILLSAPS II

13                                                      By  */s/ Rhett O. Millsaps II*
14                                                         Rhett O. Millsaps II (*pro hac vice*)

15                                                   *Attorneys for Plaintiff Great Minds*